UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE BIN YU,<br>　　　　Plaintiff,<br>　　v.<br>CLEAR RECON CORP,<br>　　　　Defendant. | Case No.15-cv-04458-NC<br><br>**ORDER RE: PRO SE RESOURCES** |

The defendant in this action has filed a motion to dismiss. The Court reminds plaintiff that the Court provides the following resources for individuals proceeding pro se.

The Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the San Jose United States Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling (408) 297-1480.

There are also online resources available on the court's webpage. The Pro Se Handbook, found at http://www.cand.uscourts.gov/prosehandbook, has a downloadable version of the court's own publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

**IT IS SO ORDERED.**

Dated: October 20, 2015　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.15-cv-04458-NC