IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE BIN YUN, | Case No. 15-cv-04458 NC |
| Plaintiff, | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| CLEAR RECON CORP., | |
| Defendant. | |

On December 28, 2015, defendant's counsel filed a request to appear telephonically at the case management conference set for January 6, 2016, at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel must call the Court's courtroom deputy at 408.535.5343 in advance to provide the Court with a direct dial number for this appearance. Counsel must stand by beginning at the date and time above until called by the Court.

Dated: December 30, 2015

NATHANAEL COUSINS
United States Magistrate Judge